IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON L. BELL | : | |
|     *Plaintiff,* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DAVID O'CONNOR et al., | : | No. 12-2625 |
|     *Defendants.* | : | |

## ORDER

**AND NOW**, this 20th day of November, 2014, upon consideration of Plaintiff's Motion for Costs (Docket No. 85), Defendants' Motion for Judgment as a Matter of Law or, in the Alternative, for a New Trial or Remittitur (Docket No. 88), Plaintiff's Post-Trial Motions for a New Trial (Docket No. 91), Defendants' Memorandum of Law in Support of Motion for Judgment as a Matter of Law, or in the Alternative, for a New Trial or to Alter or Amend the Judgment (Docket No. 99), Plaintiff's Response to Defendant's Memorandum of Law in Support of Motion for Judgment as a Matter of Law, or in the Alternative, for a New Trial (Docket No. 101), Plaintiff's Motions for Sanctions Against Defense Counsel for Filing Patently Frivolous Pleadings (Docket No. 102), and after oral argument on November 7, 2014, **the Court hereby ORDERS** that:

    1.    Defendants' Motion for Judgment as a Matter of Law or, in the Alternative, for a New Trial or Remittitur (Docket No. 88) is **GRANTED IN PART and DENIED IN PART** so that judgment is entered for Defendant City of Philadelphia and against Plaintiff Aaron L. Bell on Count V only;

    2.    Plaintiff's Post-Trial Motions for a New Trial (Docket No. 91) are **DENIED**;

1

3. Plaintiff's Motions for Sanctions Against Defense Counsel for Filing Patently Frivolous Pleadings (Docket No. 102) are **DENIED**; and

4. Plaintiff's Motion for Costs (Docket No. 85) is **GRANTED**. Mr. Bell is awarded $530.00 in costs.

BY THE COURT:

**/s/ Gene E.K. Pratter**

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE